**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**EDWARD LEE ROBERSON**                                                  **PLAINTIFF**
**ADC #152399**

**v.**                                          **CASE NO.  4:25-cv-1129 JM**

**SALINE COUNTY DETENTION CENTER**
**and SOWELL, Captain, Saline County**
**Detention Center**                                                      **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 30th  day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE